WILLS *v.* DILLINGER and Another.

APPEAL from the *Knox* Common Pleas.

*Per Curiam.*—The judgment in this case is reversed, on the authority of *Shuman* v. *Gavin,* 15 Ind. 93, and *Galletley* v. *Williams, id.* 468.

Remanded, with instructions to grant a new trial.

*John Coons* and *J. C. Denny,* for the appellant.

*S. Judah,* for the appellees.